# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN HUBBARD, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:10-cv–00404-BAM PC<br><br>ORDER DISREGARDING PLAINTIFF'S LETTER TO THE COURT<br><br>(ECF No. 45) |

      Plaintiff Tracy Taylor is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 8, 2010. An order issued on November 15, 2011, finding the first amended complaint stated claims against Defendants Harrington and Wegman, and Defendants have been served. On March 23, 2012, Plaintiff filed a motion to amend his compliant. On April 2, 2012, the court granted Defendants motion to extend time to respond to the complaint until the court granted or denied Plaintiff's motion to amend. On April 23, 2012, Plaintiff filed a letter to the court stating that he has been retaliated against by being transferred from Kern Valley State Prison. Plaintiff is advised that a document requesting a court order must be styled as a motion, not a letter. The motion should state, as clearly as possible, the relief sought.

      It is unclear what action, if any, Plaintiff seeks in the letter filed April 23, 2012. Thus, Plaintiff's letter shall be disregarded. To the extent that Plaintiff wishes the court to take any action, Plaintiff must file a motion requesting the desired relief.

///

1   Accordingly, IT IS HEREBY ORDERED that Plaintiff's letter, filed April 23, 2012, is
2   disregarded, as it appears to the court that no action is requested.
3   IT IS SO ORDERED.
4   **Dated:   April 25, 2012**            **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE