1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8
9   TRACY TAYLOR,                           CASE NO. 1:10-cv–00404-LJO-BAM PC

10              Plaintiff,                   ORDER EXTENDING APPLICATION OF
                                            DISCOVERY AND SCHEDULING ORDER
11        v.                                TO DEFENDANT CATE AND REQUIRING
                                            DEFENDANT CATE TO FILE A RESPONSE
12   SUSAN HUBBARD, et al.,                 TO PLAINTIFF'S MOTIONS FOR A
                                            PRELIMINARY INJUNCTION WITHIN
13              Defendants.                  TWENTY DAYS

14                                          (ECF Nos. 29, 39, 60)

15                                          Amended Unenumerated Rule 12(b)
                                            Motion Deadline: November 19, 2012
16   _____/

17        Defendant Cate filed an answer to Plaintiff's second amended complaint on September 17,

18   2012.  Accordingly, application of the discovery and scheduling order filed on July 17, 2012, is

19   HEREBY EXTENDED to Defendant Cate, and the unenumerated Rule 12(b) motion deadline set

20   in that order is EXTENDED to **November 19, 2012**, as to Defendant Cate, and Defendant Cate is

21   ordered to file a response to Plaintiff's motions for a preliminary injunction, filed January 9, 2012,

22   and March 23, 2012, within twenty days from the date of service of this order.

23

24        IT IS SO ORDERED.

25   Dated:   **September 19, 2012**              **/s/ Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE
26
27
28

1