# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN HUBBARD, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:10-cv–00404-LJO-BAM PC<br><br>ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT CATE AND REQUIRING DEFENDANT CATE TO FILE A RESPONSE TO PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION WITHIN TWENTY DAYS<br><br>(ECF Nos. 29, 39, 60)<br><br>Amended Unenumerated Rule 12(b) Motion Deadline: November 19, 2012 |

　　　Defendant Cate filed an answer to Plaintiff's second amended complaint on September 17, 2012. Accordingly, application of the discovery and scheduling order filed on July 17, 2012, is HEREBY EXTENDED to Defendant Cate, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **November 19, 2012**, as to Defendant Cate, and Defendant Cate is ordered to file a response to Plaintiff's motions for a preliminary injunction, filed January 9, 2012, and March 23, 2012, within twenty days from the date of service of this order.

　　　IT IS SO ORDERED.

**Dated:**　September 19, 2012　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1