# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR, | CASE NO. 1:10-cv-00404-LJO-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE |
| v. | |
| SUSAN HUBBARD, et al., | (ECF No. 94) |
| Defendant. | |

Plaintiff Tracy Taylor ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 8, 2010. The Court issued a scheduling order on July 16, 2012, and this action currently is in the discovery phase. On January 15, 2013, Defendants Cate, Harrington and Wegman filed a motion seeking leave to depose Plaintiff, who is incarcerated at California State Prison, Lancaster, by video conference. Fed. R. Civ. P. 30(b)(4) (on motion, court may order that a deposition be taken by telephone or other remote means). Defendants explain that both the California Department of Corrections and Rehabilitation and the Attorney General's Officer are operating under severe financial constraints and a video conference will eliminate unnecessary travel expenses.

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **January 25, 2013**          /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1