UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>            Plaintiff,<br><br>      v.<br><br>SUSAN HUBBARD, et al.,<br><br>            Defendants. | Case No.: 1:10-cv-00404-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO SET TRIAL DATE AS PREMATURE AND GRANTING PLAINTIFF'S REQUEST FOR SUBMISSION OF MOTIONS FOR SUMMARY JUDGMENT<br><br>(ECF No. 118)<br><br>Dispositive Motion Deadline:  May 23, 2014 |

   Plaintiff Tracy Taylor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's claims (1) against Defendant Cate, in his official capacity, for violations of the Free Exercise Clause of the First Amendment and RLUIPA; and (2) against Defendant Wegman, in her individual capacity, for violation of the Free Exercise Clause of the First Amendment, arising out of the alleged confiscation of his religious items on February 11, 2009.

   On January 16, 2014, Plaintiff sent a letter requesting that the Court set a trial date and allow the parties to submit motions for summary judgment.  (ECF No. 118.)  Plaintiff's request for a trial date is premature and is DENIED.  However, Plaintiff's request that the parties be allowed to submit dispositive motions is GRANTED.

On May 16, 2013, the Court extended the dispositive motion an additional sixty (60) days until after the Court ruled on Defendants' pending motion to dismiss. (ECF No. 111.) The Court resolved Defendants' pending motion to dismiss on March 24, 2014. (ECF No. 119.) Accordingly, pursuant to the Court's order, the deadline for the parties to submit any dispositive motions is May 23, 2014.

IT IS SO ORDERED.

Dated:   **March 24, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE