UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>           Plaintiff,<br><br>      v.<br><br>SUSAN HUBBARD, et al.,<br><br>           Defendants. | Case No.: 1:10-cv-00404-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SUBPOENAS AND GRANTING PLAINTIFF'S REQUEST FOR COPY OF LOCAL RULES<br>(ECF No. 124)<br><br>ORDER DIRECTING CLERK OF COURT TO PROVIDE PLAINTIFF WITH COPY OF LOCAL RULES PERTAINING TO PRISONER ACTIONS |

Plaintiff Tracy Taylor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claims (1) against Defendant Beard[1] in his official capacity, for violations of the Free Exercise Clause of the First Amendment and RLUIPA; and (2) against Defendant Wegman, in her individual capacity, for violation of the Free Exercise Clause of the First Amendment, arising out of the alleged confiscation of his religious items on February 11, 2009.

Discovery in this matter closed on March 17, 2013. The dispositive motion deadline is July 11, 2014. On May 8, 2014, Plaintiff filed a motion for five blank subpoenas for the attendance of witnesses at trial. He also requested a copy of the Local Rules.

---

[1] Plaintiff originally proceeded against Defendant Cate in his official capacity as Secretary of the California Department of Corrections and Rehabilitation. J. Beard has been appointed to replace Defendant Cate.

1

At this juncture, no hearing or trial has been set that requires the attendance of witnesses. Should a hearing or trial be set that requires witnesses, Plaintiff will be notified of the procedure to obtain the attendance of witnesses. Accordingly, Plaintiff's motion for subpoenas, filed May 8, 2014, is HEREBY DENIED. However, his request for the Local Rules pertaining to prisoner actions is HEREBY GRANTED. The Clerk of the Court is directed to provide Plaintiff a copy of the Local Rules pertaining to prisoner actions.

IT IS SO ORDERED.

Dated: **July 1, 2014**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE