1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   TRACY TAYLOR,                          )   Case No.: 1:10-cv-00404-LJO-BAM (PC)
                                            )
12           Plaintiff,                      )   ORDER DISMISSING ACTION WITH
                                            )   PREJUDICE
13           v.                              )
                                            )   (ECF No. 150)
14   SUSAN HUBBARD, et al.,                  )
                                            )
15           Defendants.                     )
                                            )
16                                           )
                                            )
17   _____)

18          Pursuant to the stipulation of voluntary dismissal filed by the parties on December 22, 2014,

19   this action is DISMISSED in its entirety with prejudice.  (ECF No. 150.)  Each party shall bear its own

20   costs and attorneys' fees.

21   IT IS SO ORDERED.

22      Dated:    **December 23, 2014**              **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                                 1